# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY J. BRODSKI,

    Plaintiff,

v.

CITY OF LAS VEGAS,

    Defendant.

Case No. 2:11-CV-01489-KJD-PAL

**ORDER**

Before the Court for consideration is the Finding & Recommendation (#3) of Magistrate Judge Peggy A. Leen entered on December 1, 2011. Judge Leen recommend that Plaintiff's Complaint be dismissed with prejudice because he failed to state a claim upon which relief could be granted.

Plaintiff filed an Objection (#4), which was difficult for the Court to comprehend, but appears to rehash the incredible allegations made against the Las Vegas Metropolitan Police Department, including physical torture, abuse, and threats.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. Plaintiff's complaint is incomprehensible and fails to set forth any plausible claims. 18 U.S.C. § 1915(d) gives the court the power to dismiss "claims whose factual contentions are clearly baseless," such as "claims describing fantastic or delusional

scenarios." <u>Neitzke v. Williams</u>, 490 U.S. 319, 327-28 (1989). Accordingly, the Court adopts the Report and Recommendation that the Complaint should be dismissed with prejudice.

Accordingly, **IT IS HERE BY ORDERED** that the Report & Recommendation (#3) of the United States Magistrate Judge entered December 1, 2011, should be **ADOPTED** and **AFFIRMED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

DATED this 14th day of November 2012.

_____
Kent J. Dawson
United States District Judge

2